IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**HECTOR H. BALDERAS, Attorney General,**

    **Plaintiff,**

        v.                          Case No. 1:20-cv-00992-GJF-KK

**CAPIO PARTNERS, LLC,**
**CAPIO ASSET SERVICING, LLC,**
**MARK DETRICK, JAMES F. RICHARDS,**
**BOB HODGES,**
**THE LAW OFFICES OF MITCHELL D. BLUHM**
**& ASSOCIATES, LLC,**
**MITCHELL BLUHM, and**
**DONALD MEISINGER,**

    **Defendants.**

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW the State of New Mexico, *ex rel.* Hector H. Balderas, Attorney General by and through Assistant Attorney General Lisa Giandomenico ("Plaintiff") and submits this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff and Defendants, as described in the caption above (the "Parties"), have entered into a tolling agreement to attempt to resolve this matter without litigation. Pursuant to this agreement, this case is hereby dismissed without prejudice with each party bearing its own costs and fees.

                                      Respectfully submitted,

                                      **HECTOR H. BALDERAS,**
                                      **NEW MEXICO ATTORNEY GENERAL**

                              BY:    */s/Lisa Giandomenico*
                                          Lisa Giandomenico
                                          Assistant Attorney General
                                          Consumer Protection Division
                                          201 3rd Street NW, Suite 300

Albuquerque, NM 87102
Voice: (505) 490-4846
Email: Lgiandomenico@nmag.gov

2